FILED
CLERK, U.S. DISTRICT COURT
Feb 16, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

JS-6

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dejaun Dangerfield,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Trans Union, LLC, DBA TransUnion,<br><br>　　　　Defendant. | Case No.: 2:16-cv-08575-SVW-JEM<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>HON. STEPHEN V. WILSON |

　　　Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice.

　　　IT IS SO ORDERED.

Dated: February 20, 2017

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

HYDE & SWIGART
San Diego, California